UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICIO ANTONIO MANCIA (PATINO),<br><br>                           Plaintiff,<br><br>                  -against-<br><br>NEW YORK DEPARTMENT OF JUSTICE;<br>JUDGE SUSAN CACACE; WESTCHESTER<br>COUNTY JAIL OFFICER PARSON,<br><br>                         Defendants. | 20-CV-719 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued May 13, 2020, dismissing the amended complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      This judgment is to be mailed in chambers.

SO ORDERED.

Dated:   May 13, 2020
          New York, New York

                                                                        _Louis L. Stanton_
                                                                     Louis L. Stanton
                                                                         U.S.D.J.